AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEE ATTACHMENT

**DEFENDANT - U.S.**
HUGO ERNESTO BARRIGA-PANCHI

**DISTRICT COURT NUMBER**
CR 08-350 CW

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
DEA AND IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM — JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) — WADE M. RHYNE, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Santa Rita Jail

Has detainer been filed?  ☒ Yes  ☐ No   If "Yes" give date filed 5/7/2008

**DATE OF ARREST** — Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** — Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT
PENALTY SHEET

UNITED STATES v. HUGO ERNESTO BARRIGA-PACHECO, ISRAEL GALLEGOS-HERNANDEZ (a/k/a "Ray"), and HECTOR ADOLFO QUEZADA-CASILLAS

COUNTS ONE THROUGH THREE
(21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term Supervised Release |
| Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

**DEFENDANT - U.S.**
▶ ISRAEL GALLEGOS-HERNANDEZ

DISTRICT COURT NUMBER
CR08-350 CW

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
DEA AND IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    WADE M. RHYNE, AUSA

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution
Santa Rita Jail

Has detainer been filed?  ☑ Yes  ☐ No   If "Yes" give date filed  5/7/2008

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT
PENALTY SHEET

*UNITED STATES v. HUGO ERNESTO BARRIGA-PACHECO, ISRAEL GALLEGOS-HERNANDEZ (a/k/a "Ray"), and HECTOR ADOLFO QUEZADA-CASILLAS*

COUNTS ONE THROUGH THREE
(21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED*:

Imprisonment:          Maximum Life Imprisonment
                       Mandatory Minimum 10 Years Imprisonment

Fine:                  Maximum $4,000,000

Supervised Release:    Maximum Lifetime Supervised Release
                       Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:    $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED*:

Imprisonment:          Maximum Life Imprisonment
                       Mandatory Minimum 20 Years Imprisonment

Fine:                  Maximum $8,000,000

Supervised Release:    Maximum Lifetime Supervised Release
                       Mandatory Minimum 10-Year Term Supervised Release

Special Assessment:    $100.00

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
E-filing
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

### DEFENDANT - U.S.
▶ HECTOR ADOLFO QUEZADA-CASTULO

DISTRICT COURT NUMBER
**CR08-350 CW**

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 5/7/2008

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

DEA AND IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WADE M. RHYNE, AUSA

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

ATTACHMENT
PENALTY SHEET

*UNITED STATES v. HUGO ERNESTO BARRIGA-PACHECO, ISRAEL GALLEGOS-HERNANDEZ (a/k/a "Ray"), and HECTOR ADOLFO QUEZADA-CASILLAS*

COUNTS ONE THROUGH THREE
(21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term Supervised Release |
| Special Assessment: | $100.00 |

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
E-filing

---

UNITED STATES OF AMERICA,

V.

**CR08-350 CW**

HUGO ERNESTO BARRIGA-PACHECO,
ISRAEL GALLEGOS-HERNANDEZ,
(a/k/a "Ray"), and HECTOR ADOLFO
QUEZADA-CASILLAS,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Distribute And To Possess With Intent To Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 – Possession With Intent To Distribute Methamphetamine And Aiding and Abetting; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 – Distribution of Methamphetamine And Aiding and Abetting

---

A true bill.

_____ Foreman

Filed in open court this __28__ day of
MAY 2008.

_____ Clerk

Bail, $ No bail arrest warrants for all three defendants - 5/28/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5



FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6
7                              E-filing
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION
11
                                                 No. CR08-350 CW
12  UNITED STATES OF AMERICA,           )
                                        )
13         Plaintiff,                   )
                                        )   VIOLATIONS: 21 U.S.C. §§ 846 and
14                                      )   841(a)(1), (b)(1)(A)(viii) – Conspiracy To
                                        )   Distribute And To Possess With Intent To
15      v.                              )   Distribute Methamphetamine; 21 U.S.C. §§
                                        )   841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 –
16                                      )   Possession With Intent To Distribute
                                        )   Methamphetamine And Aiding and
17  HUGO ERNESTO BARRIGA-PACHECO,       )   Abetting; 21 U.S.C. §§ 841(a)(1),
    ISRAEL GALLEGOS-HERNANDEZ (a/k/a    )   (b)(1)(A)(viii), 18 U.S.C. § 2 – Distribution
18  "Ray"), and HECTOR ADOLFO           )   of Methamphetamine And Aiding and
    QUEZADA-CASILLAS,                   )   Abetting
19                                      )
                                        )
20         Defendants.                  )   OAKLAND VENUE
                                        )
21  _____)

22                              INDICTMENT

23  The Grand Jury charges:

24  COUNT ONE:     (21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To
                   Distribute And To Possess With Intent To Distribute Methamphetamine)
25

26      From no later than on or about March 21, 2008, until on or about May 7, 2008, in the

27  Northern District of California, the defendants,

28
                         HUGO ERNESTO BARRIGA-PACHECO,

INDICTMENT

ISRAEL GALLEGOS-HERNANDEZ (a/k/a "Ray"), and
HECTOR ADOLFO QUEZADA-CASILLAS,

did knowingly and intentionally conspire to distribute and to possess with intent to distribute a Schedule II controlled substance, namely, at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).

COUNT TWO:       (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 – Possession With Intent To Distribute Methamphetamine and Aiding and Abetting)

On or about May 7, 2008, in the Northern District of California, the defendants,

HUGO ERNESTO BARRIGA-PACHECO,
ISRAEL GALLEGOS-HERNANDEZ (a/k/a "Ray"), and
HECTOR ADOLFO QUEZADA-CASILLAS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and did aid and abet in the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

COUNT THREE:    (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting)

On or about May 7, 2008, in the Northern District of California, defendants,

HUGO ERNESTO BARRIGA-PACHECO,
ISRAEL GALLEGOS-HERNANDEZ (a/k/a "Ray"), and
HECTOR ADOLFO QUEZADA-CASILLAS,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, and

///
///
///
///
///
///

INDICTMENT

1  did aid and abet in the same, in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(A)(viii).

4  DATED: May 28, 2008                          A TRUE BILL

6                                                              FOREPERSON

7  JOSEPH P. RUSSONIELLO
   United States Attorney

10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch

12 (Approved as to form: _____
                         AUSA WADE M. RHYNE

INDICTMENT