```
 1  JOHN J. JORDAN, ESQ. (State Bar No. 175678)
    400 Montgomery Street, Suite 200
 2  San Francisco, CA 94104
    Tel: (415) 391-4814
 3  Fax: (415) 391-4308

 4  Counsel for Defendant
    Hector Quezada-Casillas
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0350 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| vs. | ) | **ORDER CONTINUING STATUS** |
|  | ) | **HEARING** |
| HUGO BARRIGA-PACHECO, | ) |  |
| ISRAEL GALLEGOS-HERNANDEZ, and | ) |  |
| HECTOR QUEZADA-CASILLAS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

The United States, by Assistant U.S. Attorney Wade M. Rhyne, and the defendants, Hugo Barriga-Pacheco, Israel Gallegos-Hernandez, and Hector Quezada-Casillas, through their counsel of record, hereby move this Court to continue the date of defendants' joint status hearing from July 2, 2008 until August 6, 2008, to allow time for the defendants to review discovery received from the government.

1. The three defendants are charged by indictment with conspiracy to distribute, and to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. section 836; possession with intent to distribute methamphetamine, in violation of 21 U.S.C. section 841(a)(1); and distribution of methamphetamine, in violation of 21 U.S.C. section 841(a)(1).

2. The United States has provided the defendants with discovery, which includes several compact discs containing recorded conversations in Spanish that the government contends are pertinent conversations regarding the charged narcotics transaction. Because the conversations are in Spanish, it will take additional time for counsel to review the recordings

with the assistance of interpreters. The parties have conferred regarding the status of the case and agree that the defendants and counsel should have an opportunity to review the recorded conversations, in order to allow for effective assistance of counsel.

3. The case is now set for an appearance before this Court on July 2, 2008. However, the parties believe that defense counsel will require an additional 30 days to review the discovery provided by the government before determining whether pre-trial motions should be filed.

4. The parties accordingly ask the Court to continue the matter until August 6, 2008, to allow counsel for the defendants time to review the discovery.

5. All parties stipulate and agree that the ends of justice served by granting a continuance to facilitate review of discovery outweigh the interest of the public and the defendants in a speedy trial, to allow continuity of counsel and effective preparation of counsel, taking into account the need for due diligence, in accordance with Title 18, sect. 3161(h)(8)(A).

6. Accordingly, the parties ask the Court to continue the matter until August 6, 2008, and order that time be excluded under the Speedy Trial Act for the defendants until that date.

WHEREFORE, the parties ask this Court to continue the date for defendants' status hearing until August 6, 2008.

So Stipulated:

                        /S/
WADE M. RHYNE
Assistant U.S. Attorney

                        /S/
EVANS D. PRIESTON
Counsel for Defendant
Hugo Barriga-Pacheco

                        /S/
REBECCA SULLIVAN SILBERT
Counsel for Defendant
Israel Gallegos-Hernandez

                        /S/
JOHN J. JORDAN
Counsel for Defendant
Hector Quezada-Casillas

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0350 CW |
| | ) | |
| Plaintiff, | ) | (Proposed) **ORDER** |
| vs. | ) | |
| | ) | |
| HUGO BARRIGA-PACHECO, | ) | |
| ISRAEL GALLEGOS-HERNANDEZ, and | ) | |
| HECTOR QUEZADA-CASILLAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is ordered that:

    1.    The date for defendants' status hearing shall be continued from July 2, 2008, until August 6, 2008, to allow sufficient time for the parties to review discovery provided by the United States in this case.

    2.    The ends of justice served by the granting of this continuance outweigh the interest of the public and the defendants in a speedy trial, in accordance with Title 18, sect. 3161(h)(8)(A).

    3.    IT IS THEREFORE ORDERED that the period of this continuance from July 2, 2008, until August 6, 2008 shall be excluded under the Speedy Trial Act for the purposes of computing the time within which this Indictment must be tried to allow for the effective preparation of counsel for the reasons set forth in the parties' joint request.
SO ORDERED.

DATED: July __, 2008                                _____
                                                                CLAUDIA WILKEN
                                                                United States District Judge