UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0350 CW |
| Plaintiff, | **ORDER** |
| vs. | |
| HUGO BARRIGA-PACHECO, ISRAEL GALLEGOS-HERNANDEZ, and HECTOR QUEZADA-CASILLAS, | |
| Defendants. | |

GOOD CAUSE APPEARING, it is ordered that:

1. The date for defendants' status hearing shall be continued from July 2, 2008, until August 6, 2008, to allow sufficient time for the parties to review discovery provided by the United States in this case.

2. The ends of justice served by the granting of this continuance outweigh the interest of the public and the defendants in a speedy trial, in accordance with Title 18, sect. 3161(h)(8)(A).

3. IT IS THEREFORE ORDERED that the period of this continuance from July 2, 2008, until August 6, 2008, shall be excluded from the Speedy Trial Act for the purposes of computing the time within which this Indictment must be tried to allow for the effective preparation of counsel for the reasons set forth in the parties' joint request..

SO ORDERED.

DATED: July 1, 2008

_____
CLAUDIA WILKEN
United States District Judge

1