JOHN J. JORDAN, ESQ. (State Bar No. 175678)
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel: (415) 391-4814
Fax: (415) 391-4308

Counsel for Defendant
Hector Quezada-Casillas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0350 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| vs. ) | **ORDER CONTINUING STATUS** |
| ) | **HEARING** |
| HUGO BARRIGA-PACHECO, ) | |
| ISRAEL GALLEGOS-HERNANDEZ, and ) | |
| HECTOR QUEZADA-CASILLAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    The United States, by Assistant U.S. Attorney Wade M. Rhyne, and the defendants, Hugo Barriga-Pacheco, Israel Gallegos-Hernandez, and Hector Quezada-Casillas, through their counsel of record, hereby move this Court to continue the date of defendants' joint status hearing from August 6, 2008 until September 3, 2008, to allow time for the parties to complete the discovery process and allow the defendants to review discovery received from the government.

    1.    The three defendants are charged by indictment with conspiracy to distribute, and to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. section 836; possession with intent to distribute methamphetamine, in violation of 21 U.S.C. section 841(a)(1); and distribution of methamphetamine, in violation of 21 U.S.C. section 841(a)(1).

    2.    The United States has provided the defendants with discovery, which includes several compact discs containing recorded conversations in Spanish that the government contends are pertinent conversations regarding the charged narcotics transaction. After reviewing the discovery, the parties agreed that additional conversations remained to be

1  disclosed.  In addition, the defendants have asked the government to provide the discovery in a
2  digital electronic format, so that the defendants, who are incarcerated pending trial in North
3  County Jail, would be able to review the discovery on approved electronic devices.
4      Further, once the additional conversations are reviewed, because the conversations are in
5  Spanish, it will take additional time for counsel to review the recordings with the assistance of
6  interpreters.  The parties have conferred regarding the status of the case and agree that the
7  defendants and counsel should have an opportunity to review the recorded conversations, in order
8  to allow for effective assistance of counsel.
9      In addition, counsel for ISRAEL GALLEGOS-HERNANDEZ is unavailable on August
10 20 and 27, 2008, and counsel for HECTOR QUEZADA-CASILLAS is unavailable on August
11 13, 2008, due to previously scheduled travel plans.
12     Finally, the parties are engaged in settlement discussions, which may potentially resolve
13 all or part of the matter before the Court.
14     3.    The case is now set for an appearance before this Court on August 6, 2008.
15 However, the parties believe that defense counsel will require an additional 30 days to review the
16 discovery provided by the government before determining whether pre-trial motions should be
17 filed.
18     4.    The parties accordingly ask the Court to continue the matter until September 8,
19 2008, to allow counsel for the defendants time to review the discovery.  If the case is not resolved
20 by September 8, 2008, the defendants expect to ask the Court to set a motion schedule on that
21 date.
22     5.    All parties stipulate and agree that the ends of justice served by granting a
23 continuance to facilitate review of discovery outweigh the interest of the public and the
24 defendants in a speedy trial, to allow continuity of counsel and effective preparation of counsel,
25 taking into account the need for due diligence, in accordance with Title 18, sect. 3161(h)(8)(A).
26     6.    Accordingly, the parties ask the Court to continue the matter until September 3,

1  2008, and order that time be excluded under the Speedy Trial Act for the defendants until that
2  date.
3    WHEREFORE, the parties ask this Court to continue the date for defendants' status
4  hearing until September 3, 2008.
5  So Stipulated:

                                            /S/
                                      WADE M. RHYNE
                                      Assistant U.S. Attorney

                                            /S/
                                      EVANS D. PRIESTON
                                      Counsel for Defendant
                                      Hugo Barriga-Pacheco

                                            /S/
                                      REBECCA SULLIVAN SILBERT
                                      Counsel for Defendant
                                      Israel Gallegos-Hernandez

                                            /S/
                                      JOHN J. JORDAN
                                      Counsel for Defendant
                                      Hector Quezada-Casillas

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0350 CW |
| | ) | |
| Plaintiff, | ) | (Proposed) **ORDER** |
| vs. | ) | |
| | ) | |
| HUGO BARRIGA-PACHECO, | ) | |
| ISRAEL GALLEGOS-HERNANDEZ, and | ) | |
| HECTOR QUEZADA-CASILLAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, it is ordered that:

    1.    The date for defendants' status hearing shall be continued from August 6, 2008, until September 3, 2008, to allow sufficient time for the parties to review discovery provided by the United States in this case and to allow continuity of counsel.

    2.    The ends of justice served by the granting of this continuance outweigh the interest of the public and the defendants in a speedy trial, in accordance with Title 18, sect. 3161(h)(8)(A).

    3.    IT IS THEREFORE ORDERED that the period of this continuance from August 6, 2008 until September 3, 2008, shall be excluded under the Speedy Trial Act for the purposes of computing the time within which this Indictment must be tried to allow for the effective preparation of counsel for the reasons set forth in the parties' joint request.
SO ORDERED.

DATED: August ___, 2008                            _____
                                                                            CLAUDIA WILKEN
                                                                            United States District Judge