UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson (pro tem)**
**Date: 9/3/08**


**Plaintiff:**  United States


**v.**                                          **No.**  CR-08-00350 CW


**Defendant:**        Hector Aldolfo Quezada-Casillas (present - in custody
                                          interpreter used)
                    Hugo Ernesto Barriga-Pacheco (present - in custody
                                          interpreter used)
                    Israel Gallegos-Hernandez (present - in custody
                                          interpreter used)


**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
John Jordan for dft. Quezada-Casillas
Evans Prieston for dft. Barriga-Pacheco
Rebecca Silbert for dft. Gallegos-Hernandez

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Probation Officer:**



**Speedy Trial Date:**


**Hearing:  Trial Setting**

**Notes:**    This was the first appearance before District Judge for
defendants.  Government has just produced discovery re calls; defense
not finished going through calls; government working on getting
transcripts.  **Case continued to 10/1/08 at 2:00 p.m. for disposition
or trial setting or motions setting.**  Time excluded for effective
preparation.

Copies to: Chambers